**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-1610

DEBORAH PRUITT,

Plaintiff - Appellant,

versus

KENNETH S. APFEL, COMMISSIONER OF SOCIAL SECURITY,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, District Judge.
(CA-98-323)

Submitted:  October 14, 1999        Decided:  October 26, 1999

Before WIDENER, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Sean Patrick Kavanagh, JENKINS, BLOCK & ASSOCIATES, P.C., Richmond, Virginia, for Appellant.  James A. Winn, Regional Chief Counsel, Patricia M. Smith, Deputy Chief Counsel, Kenneth DiVito, Assistant Regional Counsel, Office of the General Counsel, SOCIAL SECURITY ADMINISTRATION, Philadelphia, Pennsylvania; Helen F. Fahey, United States Attorney, Joan E. Evans, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Deborah Pruitt appeals the district court's order adopting the recommendation of the magistrate judge and affirming the Commissioner's denial of her disability insurance benefits. We have reviewed the briefs and the administrative record, and find that substantial evidence supports the Administrative Law Judge's decision denying benefits. Accordingly, we affirm on the reasoning of the district court. <u>Pruitt v. Apfel, Commissioner</u>, No. CA-98-323 (E.D. Va. Mar. 23, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>